1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4000 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

**FILED**

AUG 10 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-mj-00185 SMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO UNSEAL COMPLAINT |
| ) | AFFIDAVIT, AND ARREST WARRANT |
| NORMAN PERCY CHENOWITH, ) | |
| ) | |
| Defendant. ) | |

The Complaint, Affidavit, and Arrest Warrant in this case having been sealed by Order of this Court and it appearing that it no longer need remain secret as the defendant has been arrested, it is hereby

**ORDERED** this 10th day of August, 2007, that the Complaint and accompanying documents be unsealed and made public record.

DATED: AUGUST 10, 2007

_____
SANDRA M. SNYDER
U.S. MAGISTRATE JUDGE

1